*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Eastern Division*
*Office of the Clerk*

*Thomas M. Gould, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

## NOTICE OF RE-SETTING
### Before Judge James D. Todd, Chief United States District Judge

September 30, 2005

RE:   1:03cr10042-001-T
      *USA v. WILLIAM W. JACKSON*

Dear Sir/Madam:

A(n) **RULE 35(B) MOTION HEARING** before **Judge James D. Todd** has been **RE-SET** from TUESDAY, AUGUST 23, 2005 at 8:45 A.M. to **WEDNESDAY, OCTOBER 19, 2005 at 9:00 A.M. in Courtroom 432, 4th floor of the U. S. Courthouse, Jackson, Tennessee before Judge James D. Todd .**

The parties are instructed to have present any witnesses who will be needed for this hearing.

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY:  *[signature]*
     Evelyn Cheairs, Case Manager
     731-421-9207

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 1:03-CR-10042 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT